CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 13 2012

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| QUENTIN MCLEAN,<br>  Plaintiff, | ) Civil Action No. 7:12cv00495<br>)<br>) |
| v. | ) **FINAL ORDER**<br>) |
| Mr. Kiser *et al.*,<br>  Defendants. | ) By:  Samuel G. Wilson<br>) United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that McLean's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), his request to proceed *in forma pauperis* is **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to a send certified copy of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: November 13, 2012.

/s/ Samuel G. Wilson
UNITED STATES DISTRICT JUDGE