CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 13 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| QUENTIN MCLEAN,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:12cv00495 |
| v. | )<br>) | **FINAL ORDER** |
| Mr. Kiser *et al.*,<br>    Defendants. | )<br>)<br>) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that McLean's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), his request to proceed *in forma pauperis* is **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to a send certified copy of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: November 13, 2012.

_____
UNITED STATES DISTRICT JUDGE